UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 8:07-cr-521-T-30EAJ |
| FRANCES CROPPER, <br>    a/k/a FRANCES MITCHELL | |

**AMENDED FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court on motion of the United States for entry of a Forfeiture Money Judgment as to defendant Frances Cropper (Dkt. #92). The Court, being fully advised in the premises, finds that as a result of the mail fraud offense, in violation of 18 U.S.C. § 1341, for which the defendant has been found guilty as charged in Count Two of the Superseding Indictment, defendant Frances Cropper obtained proceeds in the amount of $ 200,000 USD. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion (Dkt. #92) is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), defendant Frances Cropper is jointly and severally liable, along with defendant Fred Tokarsky, to the United States of America for a forfeiture money judgment in the amount of $ 200,000 USD, which represents the amount of proceeds the defendant obtained as a result of the violations of 18 U.S.C. § 1341, for which the defendant has been convicted as charged in Count Two of the Superseding

Indictment.

The court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of any property the government may seek as substitute assets, pursuant to 21 U.S.C. § 853(p) [incorporated under the provisions of 28 U.S.C. § 2461(c)], in satisfaction of such money judgment.

**DONE** and **ORDERED** in Tampa, Florida on November 4, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2007\07-cr-521.AMDForfeiture Judgment.Cropper 92.wpd